THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.1:06CV00278 ) |
| MICHAEL M. SHAAR, | ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

A default having been entered as to the Defendant, Michael M. Shaar, in the above-mentioned case, on the 31st day of July, 2006, in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment by default against the Defendant, and having filed a proper affidavit as to the amount due from the Defendant to the Plaintiff;

IT IS ORDERED that the United States of America have and recover from the Defendant, Michael M. Shaar, the sum of $12,520.16 as principal, $13,640.37 as interest due to February 15, 2006, and $370.00 as costs, together with postjudgment interest on the total amount of this judgment at the legal rate of 5.17 percent per annum, computed daily and compounded annually, from entry of this judgment until paid.

This 31st day of July, 2006.

UNITED STATES DISTRICT JUDGE